IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

UNITED STATES OF AMERICA, )
)
        Plaintiff, )
)
vs. ) Case No. 22-04043-02-CR-C-BCW
)
SARA ELLEN SCHOFIELD, )
)
        Defendant. )

## EXHIBIT INDEX

| √ | = | Offered & Admitted w/o objection | X | = | Offered & Admitted over objection |
| Ex. | = | Offered, but objected to and excluded | N.O. | = | Marked but not offered |
| D.B. | = | Admitted, de bene | W.D. | = | Offered then withdrawn exhibit |
| Ltd. | = | Admitted for limited purpose | | | |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| P1 | √ | 04-08-24 | 12:36pm | GoFundMe Facebook post |
| P2 | √ | " " | " " | Texts blaming MV1's imagination |
| P3 | √ | " " | " " | Texts calling abuse unfounded |
| P4 | √ | " " | " " | Picture of MV1 watching adult pornography |
| P5 | √ | " " | " " | Public Facebook Posts |
| P6 | | | | |
| P7 | | | | |
| P8 | | | | |
| P9 | | | | |
| P10 | | | | |
| P11 | | | | |
| P12 | | | | |
| P13 | | | | |

I CERTIFY that I have this date 04-08-24 received from the Clerk, U.S. District Court, Western District of Missouri, the following numbered exhibits for which I will hold myself responsible:

_____        Ashley Turner
     Signature                                                  Name